■ FLEET BANK OF NEW YORK, Formerly Known as NORSTAR BANK OF UPSTATE NEW YORK, Respondent, v EDWARD ROZANSKI, Appellant. (Appeal No. 2.) [629 NYS2d 691] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Pine, P. J., Lawton, J. P., Lawton, Callahan, Davis and Boehm, JJ.

■ FLEET BANK OF NEW YORK, Formerly Known as NORSTAR BANK OF UPSTATE NEW YORK, Respondent, v EDWARD ROZANSKI, Appellant. (Appeal No. 3.) [629 NYS2d 691] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Strike Affirmative Defenses.) Present—Pine, J. P., Lawton, Callahan, Davis and Boehm, JJ.

■ TED'S JUMBO RED HOTS, INC., Appellant, v BENDERSON DEVELOPMENT CO., INC., Respondent. [628 NYS2d 893] —Order and judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: In this action seeking a preliminary injunction and a declaratory judgment, we conclude that the record supports the court's declaration that plaintiff is not entitled to renew its lease with defendant. Because the complaint seeks, *inter alia,* a declaratory judgment, the court erred in granting in its entirety the cross motion of defendant seeking dismissal of the complaint *(see, Tumminello v Tumminello,* 204 AD2d 1067). We modify the order and judgment on appeal, therefore, by granting in part the cross motion of defendant and by reinstating that part of the complaint seeking a declaratory judgment. (Appeal from Order and Judgment of Supreme Court, Erie County, Doyle, J.—Declaratory Judgment.) Present—Pine, J. P., Lawton, Callahan, Davis and Boehm, JJ.